IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) VASANT PATEL, an individual, and | ) | |
| (2) RINA PARK, LLC, an Oklahoma LLC d/b/a LaQuinta Inn & Suites | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 13-CV-284-GKF-FHM |
| (1) PRINCETON EXCESS & SURPLUS LINES INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Parties, Plaintiffs Vasant Patel and Rina Park, LLC, d/b/a LaQuitna Inn & Suites, by and through their attorneys of record, William S. Featherston and Robert J. Winter, and Defendant, Princeton Excess & Surplus Lines Insurance Company, by and through its attorney of record, William W. Speed, hereby stipulate, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, to the dismissal with prejudice of this action based upon the settlement agreement reached among the parties.

Dated this 27th day of February 2014.

    Respectfully submitted,

    s/ William W. Speed
    William W. Speed, OBA#19031
    George W. Braly, OBA#1056
    Braly, Braly, Speed & Morris, PLLC
    201 W. 14th Street
    P.O. Box 2739
    Ada, OK  74821-2739
    Tel. (580) 436-0871/ Fax (580) 436-0889
    wspeed@cableone.net
    ATTORNEYS FOR DEFENDANTS

/s/ William S. Featherston
(*signed by filing Attorney with permission*)
William S. Featherston, TX# 06872250
Patrick McGinnis, TX #13631900
McGinnis, Featherston, & Canady
1080 W. Sam Houston Pkwy N. Suite 260
Houston, TX 77043-5021
Tel. (713) 973-2050 / Fax (713) 973-2060
bfeatherston450@hotmail.com


/s/ Robert J. Winter
(*signed by filing Attorney with permission*)
Robert Winter, OBA#16754
PRAY WALKER, PC
100 W. 5th St., Suite 900
Tulsa, OK 74103
Tel. (918) 581-5500 / Fax (918) 581-5599
RWinter@PrayWalker.com

ATTORNEYS FOR PLAINTIFFS


### CERTIFICATE OF SERVICE

    I hereby certify that on the 27th day of February 2014, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| William S. Featherston | bfeatherston450@hotmail.com |
| Patrick Connell McGinnis | pat@lawfirm2012.com |
| Robert J. Winter | RWinter@PrayWalker.com |

/s/ William W. Speed